UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

SECURITIES AND EXCHANGE COMMISSION,  )
                                     )
        Plaintiff,                   )
                                     )
    vs.                              )   No. 1:11-cv-0370 JMS-MJD
                                     )
TIMOTHY DURHAM,                      )
JAMES F. COCHRAN, and                )
RICK D. SNOW,                        )
                                     )
        Defendants.                  )

### NOTICE TO COURT REGARDING NO SETTLEMENT

Comes now the Defendant, James F. Cochran, ("Cochran"), pro se, and respectfully notices this Court that while Cochran has faithfully attempted to settle this matter with Plaintiff, he has been unable to do so as explained below. In support of this notice, Cochran states the following:

1. Plaintiff brought a lawsuit against Cochran and others for reportedly violating the Securities Exchange Act of 1934 and federal regulations.

2. Plaintiff then filed for summary judgment on this action which is pending before the court.

3. Plaintiff expressed a desire to settle the matter with Cochran and resolve it without further action from the court.

4. Cochran reciprocated and agreed. (See Exhs. A and B).

5. The matter has not been settled.

6. Cochran still desires to settle as he believes it would be in the best interests of both parties (the SEC and Cochran) and would save judicial resources by preventing work in furtherance of the outstanding Motion for Summary Judgment.

WHEREFORE, Defendant James Cochran, respectfully requests to notice this court that he desired (and desires) to settle, as did the SEC, but that the matter has not yet been settled.

Respectfully submitted,

Dated: July 6, 2017

James F. Cochran

CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was served on counsel for the SEC, this 6th day of July, 2017, by First Class U.S. Mail with proper postage and the correct address affixed.