UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| Securities and Exchange Commission<br>*Plaintiff,*<br><br>v.<br><br>Timothy Durham, James Cochran, Rick Snow<br>*Defendants,* | No. 1:11-cv-00370-JMS-TAB |

### Motion to Recuse The Honorable Jane Magnus-Stinson

Comes now, Timothy S. Durham, pro se, and hereby moves that the Honorable Jane Magnus-Stinson recuse herself from any and all matters pertaining to the above referenced matter for the appearance of bias and actual bias as set forth in Ground 6 of Durham's previously filed 2255 Motion to vacate his criminal conviction and sentence (Case No. 1:17-03590-jms-dml) and accompanying Motion to Recuse Magnus-Stinson (Docket No. 8).

Respectfully submitted,

*[signature: Timothy S. Durham]*

Timothy S. Durham
Reg. No. 60452-112
USP McCreary
PO Box 3000
Pine Knot, Kentucky 42635