UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | ) ) ) | |
| *Plaintiff*, | ) ) | |
| vs. | ) ) | No. 1:11-cv-00370-JMS-TAB |
| TIMOTHY S. DURHAM, JAMES F. COCHRAN, | ) ) ) | |
| *Defendants.* | ) ) | |
| _____ | ) ) | |
| UNITED STATES OF AMERICA, | ) ) | |
| *Intervenor.* | ) | |

**FINAL JUDGMENT PURSUANT TO FED. R. CIV. PRO. 58**

Pursuant to the Court's entries issued this day, as well as the Court's entries issued on August 18, 2017 and on June 29, 2018, the Court now enters **FINAL JUDGMENT** in favor of Plaintiff and against Defendants, as follows:

- Defendants are permanently **ENJOINED** from future violations of the Securities and Exchange Acts of 1933 and 1934;

- Defendants are permanently **ENJOINED** from acting as officers or directors pursuant to 15 U.S.C. § 77t(b), 15 U.S.C. § 77t(e), and 15 U.S.C. § 78u(d);

- Mr. Durham is **ORDERED** to pay a civil penalty in the amount of **$1,300,000**;

- Mr. Cochran is **ORDERED** to pay a civil penalty in the amount of **$520,000**;

- Mr. Durham is **ORDERED** to pay disgorgement in the amount of **$620,350.00**, plus prejudgment interest at the rate set forth in 17 C.F.R. § 201.600; and

- Mr. Cochran is **ORDERED** to pay disgorgement in the amount of **$2,349,910.03**, plus prejudgment interest at the rate set forth in 17 C.F.R. § 201.600.


Date: 2/26/2019

Hon. Jane Magnus-Stinson, Chief Judge
United States District Court
Southern District of Indiana


Distribution:

TIMOTHY S. DURHAM
60452-112
MCCREARY - USP
MCCREARY U.S. PENITENTIARY
Inmate Mail/Parcels
P.O. BOX 3000
PINE KNOT, KY 42635

JAMES F. COCHRAN
#09970-028
LEXINGTON - FMC
LEXINGTON FEDERAL MEDICAL CENTER
Inmate Mail/Parcels
P.O. BOX 14500
LEXINGTON, KY 40512

Jennifer Chun Barry
U.S. SECURITIES AND EXCHANGE COMMISSION (Philadelphia)
barryj@sec.gov

Scott Alexander Thompson
U.S. SECURITIES AND EXCHANGE COMMISSION
thompsons@sec.gov